UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JEROME SHECKLES, | ) |
|         Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) No. 4:16-cv-002-TWP-DML |
| COMMANDER, Clark County | ) |
|  Detention Center, | ) |
|         Respondent. | ) |

**Entry Dismissing Action and Directing Entry of Final Judgment**

**I.**

This action for habeas corpus relief brought by an inmate confined in this District is dismissed without prejudice based on the petitioner's failure to prosecute. His failure to prosecute consists of his failure to supplement his petition as directed in the Entry of January 6, 2016.

**II.**

Judgment consistent with this Entry shall now issue.

**III.**

Pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the *Rules Governing § 2254 Proceedings*, and 28 U.S.C. § 2253(c), the court finds that the petitioner has failed to show that reasonable jurists would find it "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The court therefore denies a certificate of appealability.

IT IS SO ORDERED.

Date: 2/3/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JEROME SHECKLES
CLARK COUNTY JAIL
Inmate Mail/Parcels
501 East Court Avenue
Jeffersonville, IN 47130